**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIMINAL NO. RWT 11-514** |
| **JOSE JOAQUIN MORALES** | * | |

\* \* \* \*\*\* \* \* \*

### GOVERNMENT'S RESPONSE FOR DEFENDANT MORALES' PETITION FOR ACCESS TO COURT RECORDS

Comes now the United States of America by and through undersigned counsel and hereby files this Response to Defendant Morales' "Petition for Access to Court Records".

Morales seeks a copy of sealed proceedings related to his co-defendant's guilty plea and sentencing. Morales, through counsel, indicated the materials were necessary in order to "render effective assistance of counsel" for trial preparation. The government vigorously challenges the notion that Morales would be entitled to early discovery of any such materials outside the parameters of what the Federal Rules of Criminal Procedure (Rules 16 and 26.2), the Jencks Act (18 U.S.C. § 3500), *Brady* and *Giglio* provide. However, Morales has since pled guilty to all counts of the Indictment and thus any "need" for the protection of his "vital trial rights" as articulated in his Petition has been obliterated by the plea and his Petition is moot.

/s/
By:_____
Sandra Wilkinson
Martin Clarke
Assistant United States Attorneys
36 South Charles Street, 4th Fl
Baltimore, Maryland 21201
(410) 209-4800

## <u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that on this February 15, 2013, a copy of the foregoing Response was electronically filed and emailed to counsel of record for Jose Joaquin Morales at:

Jonathan Zucker
1350 Connecticut Ave., NW
Suite 202
Washington, DC 20036
jonathanzucker@aol.com

Gary E. Proctor
8 East Mulberry Street
Baltimore, MD 21202
gary_proctor@verizon.net

              _____
              Sandra Wilkinson
              Assistant United States Attorney